OTTERBOURG P.C.
Steven B. Soll
Adam C. Silverstein
230 Park Avenue
New York, New York 10169
Tel:  (212) 661-9100
Fax: (212) 682-6104
*Counsel for 182-186 Spring Street Lender LLC*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Nordica Soho LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 16-11856 (SCC) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appear as counsel to 182-186 Spring

Street Lender LLC, a creditor of the Debtor, in the above-captioned case and requests pursuant to

Bankruptcy Rules 2002 and 9010 that all notices given or required to be given and all papers

served in this case be delivered to and served upon:

> **OTTERBOURG P.C.**
> Attention:     Steven B. Soll
>                      Adam C. Silverstein
> 230 Park Avenue
> New York, New York 10169-0075
> Tel:  (212) 661-9100
> Fax:  (212) 682-6104
> email:  ssoll@otterbourg.com
>               asilverstein@otterbourg.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to these cases, which affects or seeks to affect in any way any rights or interests of the Debtor or any party in interest in this case.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       June 30, 2016

**OTTERBOURG P.C.**

By: */s/ Steven B. Soll*
       Steven B. Soll
       Adam C. Silverstein
       230 Park Avenue
       New York, NY 10169
       (212) 661-9100
       *Counsel for 182-186 Spring Street Lender LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2016, a true and correct copy of the

foregoing was served via the court's CM/ECF system, which will send notification of such filing

to all counsel of record.

DATED:  June 30, 2016

By:    */s/ Steven B. Soll*
Steven B. Soll